UNITED STATE DISTRICT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY JO RAMTHUN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation doing business in Washington,<br><br>Defendant. | NO.   2:17-cv-01440-RSL<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT<br><br>Note for hearing: April 26, 2018 |

## I. STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, pursuant to LCR 15, that Plaintiff shall be provided leave to file her Amended Complaint, to include Grayhawk Leasing, LLC, as a defendant. The agreed Amended Complaint is attached hereto as Exhibit A.

DATED this __26th__ day of April, 2018.

**ROBERT D. BOHM, PLLC**


/s/Robert D. Bohm
_____
Robert D. Bohm, WSBA No. 42703
Attorney for Plaintiff


STIPULATION AND ORDER
TO AMEND COMPLAINT - 1

**WASHINGTON INJURY LAWYERS, PLLC**

_____
Jenna M. Labourr, WSBA No. 44555
Young-Ji Ham, WSBA No. 46421
Attorneys for Plaintiff

**WILLIAMS, KASTNER & GIBBS, PLLC**

/s/Edward Silverman
_____
Rodney L. Umberger, WSBA No. 24948
Edward Silverman, WSBA No. 53494
Attorneys for Wal-Mart

STIPULATION AND ORDER
TO AMEND COMPLAINT - 2

## II. ORDER

**THIS MATTER** having come on regularly before the undersigned Judge of the above-entitled Court, and the Judge having reviewed the stipulation of the parties and the files and records in this case, now, therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is granted leave to file her Amended Complaint.

DONE IN OPEN COURT this 2nd day of May, 2018.

_____
The Honorable Judge _____

PRESENTED BY:

**ROBERT D. BOHM, PLLC**


_____
Robert D. Bohm, WSBA No. 42703
Attorney for Plaintiff

**WASHINGTON INJURY LAWYERS, PLLC**


_____
Jenna M. Labourr, WSBA No. 44555
Young-Ji Ham, WSBA No. 46421
Attorneys for Plaintiff

**WILLIAMS, KASTNER & GIBBS, PLLC**


_____
Rodney L. Umberger, WSBA No. 24948
Anne M. Loucks, WSBA No. 32739
Attorneys for Wal-Mart

STIPULATION AND ORDER
TO AMEND COMPLAINT - 3