The Honorable Robert S. Lasnik

UNITED STATES DISTRICT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY JO RAMTHUN,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation doing business in Washington,<br><br>    Defendant. | NO. 2:17-cv-01440-RSL<br><br>NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL FOR DEFENDANT WALMART INC.<br><br>*(CLERK'S ACTION REQUIRED)* |

TO:        CLERK OF THE COURT

AND TO:   ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Reshvin P. Sidhu of Williams, Kastner & Gibbs PLLC hereby appears in the above-entitled cause as counsel of record for Defendant Walmart Inc. ("Walmart") (incorrectly identified in the Complaint as WAL-MART STORES, INC.") in association with Rodney L. Umberger and Eddy Silverman of the same firm.

Service of all further papers and proceedings in this action herein, except original process, should be served upon the undersigned attorneys at the address below.

///

///

///

NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL
FOR DEFENDANT WALMART INC. - 1
(2:17-cv-01440-RSL)

6515896.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

|  |  |
|---|---|
| 1 | Reshvin P. Sidhu |
| 2 | Eddy Silverman |
|  | Rodney L. Umberger |
| 3 | WILLIAMS, KASTNER & GIBBS PLLC |
|  | 601 Union Street, Suite 4100 |
| 4 | Seattle, WA 98101-2380 |
|  | Telephone: (206) 628-6600 |
| 5 | Fax: (206) 628-6611 |
|  | Email: rumberger@williamskastner.com; |
| 6 | esilverman@williamskastner.com |
| 7 | rsidhu@williamskastner.com |

8   DATED this 13th day of June, 2018.

9                                    WILLIAMS, KASTNER & GIBBS PLLC

10

11    By *s/Reshvin P. Sidhu*
         Rodney L. Umberger, WSBA No. 24948
         Eddy Silverman, WSBA No. 53494
12       Reshvin P. Sidhu, WSBA No. 51553

13    601 Union Street, Suite 4100
      Seattle, WA 98101-2380
14    Phone: 206.628.6600
      Fax:   206.628.6611
15    Email: rumberger@williamskastner.com
             esilverman@williamskastner.com
16           rsidhu@williamskastner.com

17    *Counsel for Defendant Walmart Inc.*

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL
FOR DEFENDANT WALMART INC. - 2
(2:17-cv-01440-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6515896.1

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the date indicated below, I caused service of a true and correct copy of the foregoing document in the manner indicated below to:

| | |
|---|---|
| Robert D. Bohm, WSBA No. 42703<br>ROBERT D. BOHM, PLLC<br>PO Box 25536<br>Federal Way, WA 98093<br>Phone: 206.463.6767<br>Email: rdbohm@premisesinjrylaw.com<br>         jkgiuffre@premisesinjurylaw.com<br>*Counsel for Plaintiff* | ☐ U.S. Mail, Postage Prepaid<br>☐ Fax<br>☐ ABC Legal Services<br>☐ Federal Express<br>☒ ECF/Filing |
| Jenna Labourr, WSBA No. 44555<br>Young-Ji Ham, WSBA No. 46421<br>WASHINGTON INJURY LAWYERS, PLLC<br>2211 Elliott Avenue, Suite 200<br>Seattle, WA 98121<br>Phone: 425.312.3057<br>Fax:    206.866.0208<br>Email: jenna@washinjurylaw.com<br>         youngji@washinjurylaw.com<br>         mike@washinjurylaw.com<br>*Co-Counsel for Plaintiff* | ☐ U.S. Mail, Postage Prepaid<br>☐ Fax<br>☐ ABC Legal Services<br>☐ Federal Express<br>☒ ECF/Filing |
| James G. Fick, WSBA No. 27873<br>Colleen A. Lovejoy, WSBA No. 44386<br>Graham E. Buchanan, WSBA No. 52603<br>SCHLEMLEIN FICK & SCRUGGS, PLLC<br>66 S. Hanford Street, Suite 300<br>Seattle, WA 98134<br>Phone: 206.448.8100<br>Fax:    206.448.8514<br>Email: jgf@soslaw.com<br>         c.lovejoy@soslaw.com<br>         geb@soslaw.com<br>*Counsel for Defendant Grayhawk Leasing* | ☐ U.S. Mail, Postage Prepaid<br>☐ Fax<br>☐ ABC Legal Services<br>☐ Federal Express<br>☒ ECF/Filing |

Signed at Seattle, Washington this 13th day of June, 2018.

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Jaimisha Steward*
      Jaimisha Steward, Legal Assistant

NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL
FOR DEFENDANT WALMART INC. - 3
(2:17-cv-01440-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6515896.1