1

DATED this 12th day of June, 2018.

2

WILLIAMS, KASTNER & GIBBS PLLC

3

4

By   *s/Rodney L. Umberger*
         *s/Eddy Silverman*
         *s/Reshvin P. Sidhu*

5

Rodney L. Umberger, WSBA No. 24948

6

Eddy Silverman, WSBA No. 53494
Reshvin P. Sidhu, WSBA No. 51553

7

Two Union Square

8

601 Union Street, Suite 4100
Seattle, WA 98101-2380

9

Phone:  206.628.6600
Fax:     206.628.6611

10

Email:  rumberger@williamskastner.com
           esilverman@williamskastner.com
           rsidhu@williamskastner.com

11

12

***Counsel for Defendant Walmart Inc.***

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT WALMART INC.'S ANSWER TO FIRST AMENDED
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 6
(2:17-cv-01440-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6514922.1