# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KATHY JO RAMTHUN,

    Plaintiff,

vs.

WAL-MART STORES, INC., et al.,

    Defendants.

NO. C17-1440RSL

ORDER OF DISMISSAL

It having been reported to the Court on April 4, 2019, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 5th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL